IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FABIAN RODRIGUEZ,

    Petitioner,                   No. CIV S-09-3205 GEB DAD P

    vs.

M. MARTEL,

    Respondent.               ORDER

                                      /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 11, 2010, the court filed findings and recommendations recommending that this action be dismissed due to petitioner's failure to respond to the court's order that he file an application to proceed in forma pauperis or pay the filing fee. On January 29, 2010, petitioner filed objections and his motion to proceed in forma pauperis. Therefore, the court will vacate the findings and recommendations.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 11, 2010, are vacated;

2. Petitioner's January 29, 2010 application to proceed in forma pauperis (Doc. No. 8), is granted;

3. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and the court's form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rod3205.100